**No. 45303.**—Protests 37350–K, etc., of Chan Kee Co. et al. (Los Angeles).

Opinion by EVANS, J. In accordance with stipulation of counsel certain items were held entitled to free entry under paragraph 1669 and other items dutiable at 10 percent under paragraph 34 as claimed. *Oy Wo Tong* v. *United States* (C. D. 372) followed.

**No. 45304.**—Protest 21373–K of Tai Wo Tong (Los Angeles).

Opinion by EVANS, J. In accordance with stipulation of counsel lily petals (bak hop) were held free of duty under paragraph 1669. *Oy Wo Tong* v. *United States* (C. D. 372) followed.

**No. 45305.**—Protests 23622–K, etc., of Wilbur-Ellis Co. et al. (San Francisco).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the peat moss in question was held free of duty under paragraph 1685 as claimed.

**No. 45306.**—Protests 681990–G, etc., of Economy Grocery Stores Corp. et al. (Boston).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45307.**—Protests 722784–G, etc., of I. Haber, Inc., et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45308.**—Protests 997605–G, etc., of Antonio Pellino et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

JANUARY 22, 1941

**No. 45309.**—Protest 910457–G of D. C. Andrews & Co. C. D. 406. Application by plaintiffs denied.

JANUARY 24, 1941

**No. 45310.**—Protests 557189–G, etc., of Crest Corporation et al. Abstract 44900. Application by Government for rehearing granted.